LAW OFFICES OF RONALD A.
MARRON, APLC
Ronald A. Marron (SBN 175650)
*ron@consumersadvocates.com*
Alexis M. Wood (SBN 270200)
*alexis@consumersadvocates.com*
Kas L. Gallucci (SBN 288709)
*kas@consumersadvocates.com*
LAW OFFICES OF RONALD A.
MARRON, APLC
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC.<br><br>Defendant. | Case No.:<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 2, 2021             LAW OFFICES OF RONALD A. MARRON

By: */s/ Ronald Marron*
      Ronald Marron

*Attorneys for Plaintiff and the Proposed Class*